UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

BONNIE POWELL

                                                          Bankruptcy No **11-68697**
                                                          Honorable TUCKER
                                                          Chapter **13**

        Debtor
_____/

### *SATISFACTION OF PROOF OF CLAIM#16 FILED BY WAYNE COUNTY TREASURER OFFICE*

On **December 22, 2014,** the Office of the Wayne County Treasurer filed a Proof of Claim in the above proceeding for the amount of **THREE THOUSAND SEVEN HUNDRED FOURTEEN AND 23/100 ($3,714.23).** However, **said claim has been satisfied in whole.**

                                                          Respectfully submitted:

                                        By: /s/ *Rhonda Bradwell*
                                                RHONDA BRADWELL
                                                Office of the Wayne County Treasurer
                                                400 Monroe, Suite 520
                                                Detroit, MI  48226-2942
                                                (313) 224-5987